1   DAVID F. MCDOWELL (CA SBN 125806)
     DMcDowell@mofo.com
2   SAMANTHA P. GOODMAN (CA SBN 197921)
     SGoodman@mofo.com
3   MORRISON & FOERSTER LLP
     555 West Fifth Street, Suite 3500
4   Los Angeles, California  90013
     Telephone: 213.892.5200
5   Facsimile: 213.892.5454

6   Attorneys for Defendant
     CADBURY ADAMS USA LLC

7

8            UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11  HAYDEE STUART individually and on     Case No. CV09-6295 AHM (CWx)
    behalf of all others similarly situated,
12

13          Plaintiff,         **STIPULATED PROTECTIVE**
                                **ORDER**
14      v.

15  CADBURY ADAMS USA LLC, a
    Delaware Corporation and DOES 1 through
16  2000, inclusive,

17          Defendants.

18

19      Pursuant to the Parties' [Proposed] Stipulated Protective Order filed

20  November 24, 2009, IT IS SO ORDERED.

21

22  DATED: December 1, 2009         _Carla M. Woehrle_
                                United States Magistrate Judge

23

24

25

26

27

28