O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-06295-AHM (CWx) | Date | April 5, 2010 |
|---|---|---|---|
| Title | HAYDEE STUART v. CADBURY ADAMS USA, LLC, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jason J. Rudolph | David F. McDowell |

**Proceedings:**   **(1)** DEFENDANT CADBURY ADAMS'MOTION TO STRIKE EXHIBIT AND PORTIONS OF SECOND AMENDED COMPLAINT [38]; and
**(2)** MOTION TO DISMISS [39]
(non-evidentiary)

   Court circulates tentative order and hears oral argument.  For reasons stated on the record, the Court grants the motion to strike and motion to dismiss.  Order to issue.

|  | : | 10 |
|---|---|---|
|  | Initials of Preparer | SMO |